Harry N. Kransz, defendant in error, v. L. J. Kwaitkowski et al., plaintiffs in error. Gen. No. 35,834.

Opinion
filed April 11, 1933.

George D. Kimball, for plaintiffs in error. Cummings & Wyman, for defendant in error; Austin L. Wyman, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.